IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **CITY OF COLUMBUS, OHIO** | |
| Plaintiff, | Case No. 2:23-cv-654 |
| vs. | |
| **KIA AMERICA, INC., et al.,** | Judge Morrison |
| | Magistrate Judge Deavers |
| Defendants. | |

## NOTICE OF RELATED CASE

Pursuant to Local Rule 3.1(b), City of Columbus, Ohio hereby submits this Notice of Related Case:

1. *In re: Kia Hyundai Vehicle Theft Marketing, Sales Practices, and Products Liability Litigation,* MDL No. 3052 (C.D. Cal.).

The MDL pending in the Central District of California identified above involves substantially the same parties as the instant case and materially similar subject matter. The named defendants in the instant case are defendants in the MDL, and the conduct complained of—specifically, the failure to install engine immobilizers in numerous Hyundai and Kia vehicles—is the same. Plaintiff is the second municipal government to bring a public nuisance claim, and the MDL contemplates other governmental entity complaints. As such, coordination in this matter would conserve resources and promote the efficient determination of the actions. Plaintiff therefore supports transfer under 28 U.S.C. § 1407.

Respectfully submitted,

CITY OF COLUMBUS, DEPARTMENT OF LAW
ZACH KLEIN, CITY ATTORNEY

By:

 /s/ Rick L. Ashton
Rick L. Ashton, Trial Attorney        (0077768)
James A. Coutinho                     (0082430)
Jeffrey R. Corcoran                   (0088222)
Adam M. Schwartz                      (0077795)
Allen Stovall Neuman & Ashton LLP
10 West Broad Street, Suite 2400
Columbus, Ohio 43215
T: (614) 221-8500; F: (614) 221-5988
ashton@asnalaw.com; coutinho@asnalaw.com
corcoran@asnalaw.com; schwartz@asnalaw.com
*Special Counsel for Plaintiff*
*The City of Columbus*

And


Zachary M. Klein             (0078222)
Richard N. Coglianese        (0066830)
Matthew D. Sturtz            (0095536)
Columbus City Attorney
Telephone:    (614) 645 -0818
Facsimile:    (614) 645-6949
E-mail:       rncoglianese@columbus.gov
77 North Front St., 4th Floor
Columbus, Ohio 43215
*Counsel for Plaintiff*
*The City of Columbus*

2